UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODERICK JACKSON,

**Plaintiff,**

v. 4:11-cv-31

ROBERT TOOLE and THE ATTORNEY GENERAL OF THE STATE OF GEORGIA,

**Defendants.**

## ORDER

Plaintiff Roderick Jackson ("Plaintiff") has moved for a Certificate of Appealability ("COA"). *See* Doc. 18. The Court also construes Plaintiff's motion as one for in forma pauperis ("IFP") status on appeal. This Court has already denied Plaintiff a COA and the right to appeal IFP. *See* Doc. 16. Plaintiff's motion, *see* Doc. 18, is ***DENIED***.

This 27th day of September 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA